# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00285-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| RODNEY SWANSON, | |
| Defendant. | |

Presently before the court is Rodney Swanson's motion to modify the conditions of his pretrial release (ECF No. 22), filed on February 1, 2019. This matter is set for hearing on February 20, 2019 at 10:30 a.m., in Las Vegas Courtroom 3C. Given the nature of the motion, the court orders Pretrial Services to attend the hearing and to be prepared to discuss the effect of the motion to modify on defendant's other pretrial conditions.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court serve this order on Pretrial Services.

IT IS FURTHER ORDERED that the Clerk of Court serve defendant's motion to modify (ECF No. 22) on Pretrial Services.

DATED: February 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE