CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00285-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| RODNEY SWANSON, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED by and between defendant, RODNEY SWANSON, by and through his counsel, Chris T. Rasmussen, Esq., and the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, that the above-captioned matter currently scheduled for sentencing on November 3, 2021, at 10:30 a.m. be vacated and continued for ninety days or for a time suitable to the court.

    This Stipulation is entered into for the following reasons:

    1. The parties agree to a continuance;

    2. Defendant is currently out of custody;

    3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

    4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance;

    5. Denial of this request could result in a miscarriage of justice;

1

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date by ninety days.

7. This is the first request for continuance.

DATED this 27th day of August, 2021.

| | |
|---|---|
| /s/ Chris T. Rasmussen | /s/ Susan Cushman |
| CHRIS T. RASMUSSEN, ESQ.<br>Attorney for Defendant | SUSAN CUSHMAN<br>Assistant United States Attorney |

CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. 4th Street
Las Vegas, Nevada 89101
T: (702) 384-5563
ctr@rasmussenlaw.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RODNEY SWANSON,<br><br>　　　　Defendant. | Case No.: 2:18-cr-00285-JCM-VCF<br><br>**FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW** |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. The parties agree to a continuance;

2. Defendant is currently out of custody;

3. Counsel for Defendant needs additional time to adequately prepare for sentencing;

4. Counsel for the Defendant has spoken to the Defendant and the Defendant has no objection to this continuance.

## CONCLUSIONS OF LAW

1. Denial of this request would result in a miscarriage of justice;

2. For all the above-stated reason, the ends of justice would best be served by a continuance of the sentencing date for ninety days.

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>RODNEY SWANSON,<br><br>      Defendant. | Case No.: 2:18-cr-00285-JCM-VCF<br><br>**ORDER** |

    Accordingly, IT IS SO ORDERED that the sentencing currently scheduled for November 3, 2021, at the hour of 10:30 a.m., be vacated and continued to February 2, 2022, at the hour of 10:30 a.m.

    DATED September 17, 2021.

                                              UNITED STATES DISTRICT JUDGE