CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00285-JCM-VCF |
| Plaintiff, | **MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| RODNEY DEANGELO SWANSON, | |
| Defendant. | |

The United States of America by Christopher Chiou, Acting United States Attorney for the District of Nevada, and Joshua Brister, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against

///

///

///

///

///

defendant Rodney DeAngelo Swanson contained in the Indictment in case number 2:18-cr-00285-JCM-VCF.

DATED this 30th day of November, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

_/s/ Joshua Brister_
JOSHUA BRISTER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODNEY DEANGELO SWANSON,<br><br>　　　　Defendant. | Case No. 2:18-cr-00285-JCM-VCF<br><br>**ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the Acting United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant Rodney DeAngelo Swanson contained in the Indictment in case number 2:18-cr-00285-JCM-VCF.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　District of Nevada

　　　　　　　　　　　　　　　　　　　/s/ Joshua Brister
　　　　　　　　　　　　　　　　　　　JOSHUA BRISTER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant Rodney DeAngelo Swanson contained in the Indictment in case number 2:18-cr-00285-JCM-VCF.

DATED December 1, 2021.

　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　HON. JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE